### HART et al. *v.* LAUVE et al.

Decisions in *Knight* v. *Lauve*, 3 An. 64, *M'Alpin* v. *Lauve*, 2 An. 1015, and *Harrod* v. *Woodruff*, 3 Rob. 335, affirmed.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge*, J.    HART
T. R. *Wolfe*, for the plaintiffs. *Sigur* and *Bonford*, for the appellants. The    *v.*
judgment of the court was pronounced by    LAUVE.

SLIDELL, J. On the question of competency, and on the merits, we consider this case as covered by the cases of *Knight* v. *Lauve*, 3 An. 64, and *M'Alpin* v. *Lauve*, 2 An. 1015.

The question of prescription is settled by the case of *Harrod* v. *Woodruff*, 3 Rob. 335, and the cases there cited.

*Judgment affirmed.*